UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TODD C. BANK, Individually and on Behalf of
All Others Similarly Situated,

                    Plaintiff,

     v.

SPARK ENERGY, LLC,

                    Defendant.
---------------------------------------------------------------X

JUDGMENT

19-CV-04478 (PKC) (LB)

     An Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on September 24, 2020, granting Defendant's motion to dismiss in its entirety, but without prejudice; and a Memorandum and Order having been filed on November 23, 2020, denying Plaintiff leave to file the Proposed Amended Complaint; denying Defendant's motion to strike; it is

     ORDERED and ADJUDGED that Defendant's motion to dismiss is granted in its entirety, but without prejudice; that Plaintiff is denied leave to file the Proposed Amended Complaint; that Defendant's motion to strike is denied; and that judgment is hereby entered in favor of Defendant.

Dated: Brooklyn, New York
         November 24, 2020

                                            Douglas C. Palmer
                                            Clerk of Court

                              By:    */s/Jalitza Poveda*
                                                Deputy Clerk