UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TODD C. BANK, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>-against-<br><br>SPARK ENERGY, LLC,<br><br>*Defendant*. | 1:19-cv-04478-PKC-LB<br><br>**NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE**, that Plaintiff, Todd C. Bank, hereby appeals the following to the United States Court of Appeals for the Second Circuit: each and every part of the Memorandum & Order of this Court dated and entered with the clerk on November 23, 2020 (Dkt. No. 29), except the denial of Defendant's motion to strike; each and every part of the Memorandum & Order of this Court dated and entered with the clerk on September 24, 2020 (Dkt. No. 23), except Part I(A)(1) of the portion titled "Discussion"; and the Judgment dated and entered with the clerk on November 24, 2020 (Dkt. No. 30).

Dated:  December 7, 2020

                                                           *s/ Todd C. Bank*
                                                           TODD C. BANK,
                                                            ATTORNEY AT LAW, P.C.
                                                           119-40 Union Turnpike
                                                           Fourth Floor
                                                           Kew Gardens, New York  11415
                                                           (718) 520-7125
                                                           By Todd C. Bank

                                                           *Counsel to Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2020, a true and accurate copy of the foregoing document is being filed electronically via the Court's electronic-filing (ECF) system. Notice of this filing will be sent to all parties by operation of the Court's ECF system and copies will be mailed to those parties, if any, who are not served via the Court's ECF system.

Dated: December 7, 2020

                                                               s/ *Todd C. Bank*
                                                               TODD C. BANK